

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00193-CV

**IN THE INTEREST OF A.N.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01412
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 23, 2014.

_____
Rebeca C. Martinez, Justice